

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2019

No. 04-18-00513-CR

Anna **GARZA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR10615
Honorable Ron Rangel, Judge Presiding

# O R D E R

Attorney C. Wayne Huff was appointed to represent appellant on appeal. Mr. Huff filed appellant's brief on January 25, 2019; the State's brief was filed March 1, 2019. Neither appellant nor the State requested argument. The appeal is set for on-brief submission on May 14, 2019.

On April 22, 2019, Mr. Huff's wife filed a letter stating Mr. Huff, who was a solo practitioner, passed away.

Based on the notification of Mr. Huff's death, we **ORDER** the appeal **ABATED** and **REMANDED** to the trial court for appointment of new counsel. We **ORDER** the trial court to prepare an order appointing new counsel on or before **May 13, 2019**. As noted above, briefing is complete, so this order does not affect the submission date. Appellant's new appointed attorney should take steps to advise appellant of his or her substitution in this matter and provide counsel to appellant as necessary for the remainder of the appeal. We further **ORDER** the district clerk to prepare and file in this court on or before **May 23, 2019**, a supplemental clerk's record containing the trial court's order appointing new counsel.

We **order** the clerk of this court to serve a copy of this order on the trial court, the district clerk, counsel for the State, and appellant.

Entered this 1st day of May, 2019.

**PER CURIAM**

Attested to: _____
                    Keith E. Hottle,
                    Clerk of Court